No. 97–6461. MACKLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6465. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6471. MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6476. MAGANA DE GODINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6482. GRAVES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6483. EHMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6487. HEARN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6497. TRISTAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–462. MARYLAND *v.* HUGHES. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–6718 (A–359). EDDMONDS *v.* ILLINOIS. Sup. Ct. Ill. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 96–1559. OWENS *v.* UNITED STATES, *ante,* p. 806;
No. 96–1926. WILLIAMS ET VIR *v.* FRANKLIN FIRST FEDERAL SAVINGS BANK ET AL., *ante,* p. 815;
No. 96–9154. WIEDMER *v.* UNITED STATES, *ante,* p. 833;
No. 96–9194. TAYLOR *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE, *ante,* p. 834;
No. 96–9431. MMAHAT *v.* UNITED STATES, *ante,* p. 848;
No. 97–325. CHILDS *v.* PAINEWEBBER INC., *ante,* p. 870;
No. 97–5408. SIKORA *v.* HOPKINS ET AL., *ante,* p. 892; and
No. 97–5516. MULTANI *v.* NEWSWEEK, INC., ET AL., *ante,* p. 919. Petitions for rehearing denied.